IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **SANDRA ANN PROCTOR,** | ) |
| **Plaintiff** | ) |
| vs. | ) Civil Case No. 07-5061-CV-SW-DW-SSA |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |
| **Defendant** | ) |

__X__ **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: the Court **AFFIRM**S the Commissioner's decision.

April 24, 2008                  Patricia Brune
Date                                                     Clerk
                                                             By: __/s/ Y. Johnson__
                                                                 Deputy Clerk